**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000092**
**26-JUN-2025**
**09:01 AM**
**Dkt. 38 ODSD**

NO. CAAP-25-0000092

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PLUMERIA LANDS LLC, Plaintiff-Appellee, v.
EAGLE RAY RESOURCES LLC; SCOTT KUROIWA; AMELIA KYEWICH;
WILLIAM DAGLISH CHAPMAN;
MENEHUNE VALLEY LLC, A HAWAII LIMITED LIABILITY COMPANY;
SCOTT YOUNG, INDIVIDUALLY, AND AS GRANTOR AND/OR TRUSTEE OF
THE SCOTT YOUNG LIVING TRUST DATED OCTOBER 6, 2021,
Defendants-Appellees, and
RIVER YOUNG, Interested Party-Appellant,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE GOVERNMENTAL AGENCIES 1-10,
and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CCV-24-0000075)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On February 19, 2025, self-represented Interested Party-Appellant River Young (**Young**) filed a notice of appeal.

(2) The statement of jurisdiction was due May 5, 2025, and the opening brief was due June 4, 2025.

(3) On June 10, 2025, the appellate clerk entered a "Default of Statement of Jurisdiction & Opening Brief," which informed Young that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 20, 2025 for appropriate action that may include dismissal of the appeal under Hawaiʻi

NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Rules of Appellate Procedure Rules 12.1(e) and 30, and Young could request relief from default by motion.

(4)  Young has not taken any further action in this appeal, and did not request any extension of time or file the statement of jurisdiction and opening brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 26, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge